IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE M. REISLING </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL B. MUKASEY, </br> United States Attorney General </br> Defendants | Civil Action No. 07-2165 (JDB) |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed.R.Civ. . 6(b), Defendant Michael B. Mukasey, in his official capacity as the United States Attorney General, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including March 5, 2008 to answer Plaintiff's Complaint. Defendant's response is currently due on February 5, 2008. The reason for the enlargement is the following:

The United States Attorney's Office paperwork requesting agency assistance for this case was inadvertently sent to the Bureau of Alcohol, Tobacco & Firearms instead of the Federal Bureau of Investigation. On January 30, 2008, undersigned counsel notified Plaintiff's counsel of the mistake. As a result of the error, undersigned counsel informed Plaintiff's counsel, Michael W. Beasley, that an enlargement of time until March 5, 2008, was needed to answer the Complaint. Mr. Beasley consented to the enlargement.

**CONCLUSION**

  For the above stated reason, Defendant's request for an enlargement of time until March 5, 2008, should be granted.

Dated: January 31, 2008
ECF

                Respectfully submitted,


                /s/_____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/_____
                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/_____
                BLANCHE L. BRUCE, D.C. BAR # 960245
                Assistant United States Attorney
                555 Fourth Street, N.W., Room E-4220
                Washington, D.C. 20530
                (202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE M. REISLING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-21165(JDB) |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| United States Attorney General ) | |
| Defendants ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including March 5, 2008, to answer the Complaint.


Date _____        _____
                                  UNITED STATES DISTRICT JUDGE