UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE M. REISLING, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL B. MUKASEY, )<br>  In His Official Capacity as United States )<br>  Attorney General, )<br>)<br>    Defendant. )<br>) | Civil Action No. 1:07-cv-02165<br>(JDB) |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS, AND PLAINTIFF'S CONSENT TO TRANSFER CASE VENUE

COMES NOW, Plaintiff Grace M. Reisling, by and through counsel, to file her memorandum in opposition to the Defendant's motion to dismiss in this proceeding, and to consent to the alternative motion of Defendant for the transfer of this case to the venue of the Eastern District of Virginia, Alexandria Division. In consultation with counsel for Defendant on March 18, 2007, the transfer of venue in this proceeding was consented to by Defendant.

It is respectfully submitted that, for all of the reasons set forth in the original Complaint, dismissal of this action is inappropriate. Without arguing the merits of this matter at this time, the essential elements of jurisdiction, parties, exhaustion of administrative remedies, facts, and law all are adequately presented which support the presence of a cause of action before the United States District Court.

While the original venue selected by Plaintiff was based upon previous litigation experience with the concerned and relevant Federal Agencies, the Federal Bureau of

Investigation (FBI) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), both of which fall under the Defendant Department of Justice (DOJ), Plaintiff acknowledges that the facts of this case also support Federal venue resting within the Eastern District of Virginia.  Under these circumstances, Plaintiff and Defendant both now consent to that venue.  The applicable law for the transfer of venue in this circumstance is 28 U.S.C. Section 1404(a), as cited in Defendant's motion.

      The undersigned Plaintiff's counsel also is admitted to Federal practice before the Eastern District of Virginia, so the contemplated transfer will not adversely affect the interests of Plaintiff in this proceeding.

      Respectfully submitted,

      */s/  Michael W. Beasley*
MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
Virginia State Bar No. 30872
200 Park Avenue, Suite 106
Falls Church, VA  22046
Phone:  (703) 533-5875
Fax:  (703) 533-5876
Cell:  (703) 994-2524
E-Mail:  beasleys2@verizon.net

Counsel for Plaintiff Grace M. Reisling

March 19, 2008

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing pleading, "Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss, and Plaintiff's Consent to Transfer Case Venue," was served through the Court's Electronic Case Filing (ECF) system this 19th day of March, 2008, to the following named counsel for Defendant:

Blanche L. Bruce, Esq.
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N. W.
Washington, D. C. 20530

                                                 */s/ Michael W. Beasley*
                                                Michael W. Beasley, Esq.
                                                Attorney for Plaintiff Grace M. Reisling